United States District Court
Southern District of Texas
**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| Linda Soliz,<br>　　*Plaintiff*,<br><br>v.<br><br>Wells Fargo Bank, N.A., et al.,<br>　　*Defendant*. | Civil Action M-24-08 |

### ORDER

By April 26, 2024, Plaintiff shall file a brief showing cause why Connie Cobb should not be dismissed from this action as improperly joined. Defendant may respond by May 10, 2024.

Signed at Houston, Texas, on April 8, 2024.

_____
Peter Bray
United States Magistrate Judge